# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Fountain, Eric P | Case Number: 07 B 08091 |
| Fountain, LaDonna S | Judge: Wedoff, Eugene R |
| Printed: 01/06/09 | Filed: 5/3/07 |

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed: November 13, 2008

Confirmed: July 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 23,381.41 | |
| Secured: | | 19,060.94 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,954.00 |
| Trustee Fee: | | 1,366.47 |
| Other Funds: | | 0.00 |
| Totals: | 23,381.41 | 23,381.41 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,954.00 | 2,954.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 2,149.00 | 487.42 |
| 5. | Toyota Motor Credit Corporatio | Secured | 22,712.42 | 5,357.56 |
| 6. | Toyota Motor Credit Corporatio | Secured | 41,322.23 | 11,773.61 |
| 7. | Countrywide Home Loans Inc. | Secured | 9,379.45 | 1,442.35 |
| 8. | Toyota Motor Credit Corporatio | Unsecured | 45.96 | 0.00 |
| 9. | Great American Finance Company | Unsecured | 697.31 | 0.00 |
| 10. | Cook County Treasurer | Unsecured | 161.92 | 0.00 |
| 11. | Certified Services | Unsecured | 322.00 | 0.00 |
| 12. | Toyota Motor Credit Corporatio | Unsecured | 0.00 | 0.00 |
| 13. | RMI/MCSI | Unsecured | 225.00 | 0.00 |
| 14. | GE Money Bank | Unsecured | 222.25 | 0.00 |
| 15. | Dell Financial Services, Inc | Unsecured | 511.32 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 52.71 | 0.00 |
| 17. | Merrick Bank | Unsecured | 472.61 | 0.00 |
| 18. | Sallie Mae | Unsecured | | No Claim Filed |
| 19. | Woman's Workoust Work | Unsecured | | No Claim Filed |
| 20. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 21. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 22. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 23. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 24. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 26. | Illinois Collection Service | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Fountain, Eric P

Fountain, LaDonna S

Printed: 01/06/09

Case Number:  07 B 08091

Judge:  Wedoff, Eugene R

Filed:  5/3/07

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27.  Medical Collections | Unsecured | | No Claim Filed |
| 28.  Cda/Pontiac | Unsecured | | No Claim Filed |
| 29.  Medical Collections | Unsecured | | No Claim Filed |
| 30.  Northwest Collectors | Unsecured | | No Claim Filed |
| 31.  Medical Collections | Unsecured | | No Claim Filed |
| 32.  Northwest Collectors | Unsecured | | No Claim Filed |
| 33.  Trust Receivable Services | Unsecured | | No Claim Filed |
| 34.  Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| | | $ 81,228.18 | $ 22,014.94 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 757.69 |
| 6.5% | 540.25 |
| 6.6% | 68.53 |
| | $ 1,366.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

